IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. OAKLEY, II,

    Petitioner,                        No. CIV S-02-1205 MCE JFM P

    vs.

M.C. KRAMER, Warden,

    Respondent.                    ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an appeal before the United States Court of Appeals for the Ninth Circuit. Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Petitioner also requests "the complete record on appeal." (October 3, 2006 Request at 1.) Petitioner is advised that the district court record was transmitted to the appellate court on September 19, 2006.

1   Accordingly, IT IS HEREBY ORDERED that petitioner's October 3, 2006
2   motion for appointment of counsel is denied without prejudice.[1]
3   DATED: October 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp:001;oakl1205.110

---

[1] A review of the docket sheet for petitioner's case on appeal, 06-16737, reflects that petitioner's October 11, 2006 motion for certificate of appealability and appointing counsel of record is presently pending before the appellate court.  (Id.)